# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE JAMES STREIBICH REVOCABLE TRUST OF 2002, an Illinois Trust, individually, and Derivatively, on behalf of FOLDING LIGHT, LLC, a Delaware Limited Liability Company, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:20-cv-02242 |
| v. | ) Honorable Judge Manish S. Shah |
| BROCK H. FLAGSTAD, individually, and OXFORD MARKETING PARTNERS, LLC, OXFORD MEDIA, LLC, OXFORD TAX PARTNERS, LLC, OXFORD FG, LLC, OXFORD GP, LLC, and FINANCIAL FREEDOM ADVISORS, LLC, | ) Honorable Magistrate Judge Maria Valdez<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT
## AGAINST ALL DEFENDANTS

Plaintiffs, THE JAMES STREIBICH REVOCABLE TRUST OF 2002, an Illinois Trust, individually ("the Trust"), and derivatively, on behalf of FOLDING LIGHT, LLC, a Delaware Limited Liability Company ("Folding Light") (collectively, "Plaintiffs"), by and through their attorneys, Sheppard Mullin Richter & Hampton, LLP, pursuant to Fed. R. Civ. P. 55(a), respectfully request the Clerk to enter Default against the Defendants BROCK H. FLAGSTAD ("Flagstad"), OXFORD MARKETING PARTNERS, LLC ("Oxford Marketing"), OXFORD MEDIA, LLC ("Oxford Media"), OXFORD TAX PARTNERS, LLC ("Oxford Tax"), OXFORD FG, LLC ("Oxford FG"), OXFORD GP, LLC ("Oxford GP"), FINANCIAL FREEDOM ADVISORS, LLC ("FFA"); and CLOVERPOINT PARTNERS, LLC ("Cloverpoint") (collectively, "Defendants"). In support of this motion, Plaintiffs state as follows:

1. Plaintiffs initiated this action by filing a Complaint against Defendants on April 9, 2020. Dkt. 1.

2. On April 17, 2020, Plaintiffs filed eight (8) Executed Returns of Service of the Complaint and Summons issued on each separate Defendant, along with supporting affidavits of service, showing that each Defendant was served in accordance with Rule 4 of the Federal Rules of Civil Procedure. Specifically, Oxford Marketing was served on April 16, 2020, and each of the seven (7) other Defendants was served on April 17, 2020. *See* Dkts. 7, 8, 9, 10, 11, 12, 13, 14.

3. Accordingly, Oxford Marketing's original deadline to answer or otherwise plead to the Complaint was May 7, 2020 (Dkt. 12); and the original deadline for Flagstad, Cloverpoint, FFA, Oxford FG, Oxford GP, Oxford Media, and Oxford Tax to answer or otherwise plead to the Complaint was May 8, 2020 (Dkts. 7, 8, 9, 10, 11, 13, 14, respectively). *See also* Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Defendants' original answer deadlines were extended twenty-eight (28) days pursuant to this Court's Third Amended General Order 20-0012 *In re: Coronavirus COVID-19 Public Emergency*. *See* Dkt. 15, ¶ 2. As a result, Oxford Marketing's deadline to answer or otherwise plead to the Complaint was extended to June 4, 2020; and the deadline for Flagstad, Cloverpoint, FFA, Oxford FG, Oxford GP, Oxford Media, and Oxford Tax to answer or otherwise plead to the Complaint was extended to June 5, 2020.

5. No attorney has entered an appearance on behalf of any of the Defendants.

6. As of the date of this filing, all of the Defendants have failed to answer or otherwise plead to the Complaint.


7. Federal Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiffs respectfully request that the Clerk enter Default against all of the Defendants pursuant to Fed. R. Civ. P. 55(a), and further grant any additional relief deemed appropriate and just.[1]

Dated: June 10, 2020

Respectfully submitted,

THE JAMES STREIBICH REVOCABLE TRUST OF 2002, an Illinois Trust, individually, and Derivatively, on behalf of FOLDING LIGHT, LLC, a Delaware Limited Liability Company

By: /s/ *William K. Kane*
        One of Its Attorneys

William K. Kane, Esq. (6194466)
David M. Poell, Esq. (6302765)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Three First National Plaza
70 West Madison Street, 48th floor
Chicago, Illinois 60602
Telephone: 312.499.6300
Facsimile: 312.499.6301
wkane@sheppardmullin.com
dpoell@sheppardmullin.com

*Counsel for Plaintiffs*

---

[1] In response to the continuing pandemic, the Court's Fourth Amended General Order has suspended Local Rule 5.3(b), which otherwise requires that all motions be noticed for presentment. *See* Dkt. 17, ¶ 11. Therefore, Plaintiffs request the Default be entered without requiring counsel for Plaintiffs to present this motion.