IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE JAMES STREIBICH REVOCABLE TRUST OF 2002, an Illinois Trust, individually, and derivatively, on behalf of FOLDING LIGHT, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> BROCK H. FLAGSTAD, an individual; OXFORD MARKETING PARTNERS, LLC, a Delaware Limited Liability Company; OXFORD MEDIA, LLC, an Illinois Limited Liability Company; OXFORD TAX PARTNERS, LLC, an Illinois Limited Liability Company; OXFORD FG, LLC, an Illinois Limited Liability Company; OXFORD GP, LLC, an Illinois Limited Liability Company; FINANCIAL FREEDOM ADVISORS, LLC, an Illinois Limited Liability Company; and CLOVERPOINT PARTNERS, LLC, an Illinois Limited Liability Company; <br><br> Defendants. | No. 20 cv 2242 <br><br> Honorable Judge Manish S. Shah |

**PLAINTIFFS' MOTION FOR LEAVE TO PROVISIONALLY FILE
AMENDED COMPLAINT UNDER SEAL**

Plaintiff, THE JAMES STREIBICH REVOCABLE TRUST OF 2002, an Illinois Trust, individually ("the Trust"), and derivatively, on behalf of FOLDING LIGHT, LLC, a Delaware Limited Liability Company ("Folding Light") (hereinafter collectively "the Plaintiffs"), respectfully move for an Order provisionally sealing the Amended Complaint For Injunctive Relief, Damages, And Appointment Of A Receiver ("Amended Complaint"), and states the following:

1. The Plaintiffs commenced this action on April 9, 2020 filing an eight count complaint for: Violation of RICO, 18 U.S.C. 1962 (c) – Count I; Conspiracy to Violate Section 1962 (c) of RICO, 18 U.S.C. 1962 (d) – Count II; Common Law Fraud; Count III;

Conversion/Theft – Count IV; Breach of Fiduciary Duty – Count V; Breach of Contract – Count VI; Civil Conspiracy – Count VII; and for an Accounting – Count VIII. Dkt.

2. The Defendants moved to dismiss the Complaint pursuant to Rule 12(b)(6) on July 1, 2020. Dkt. No. 29.

3. The Trust issued document subpoenas to third party financial institutions that included: American Express, Wintrust, PNC, Huntington National Bank, JP Morgan Chase, Fifth Third Bank, Ameris Bank, MB Financial Bank, U.S. Bank N.A., Bank of America, Citibank, and Prime South Bank. Not all the Respondents have completed the production of records as of this filing. However, some of the Respondents have produced records including Respondent Wintrust Financial.

4. On July 23, 2020, the Defendants sought to quash the document subpoenas. Dkt. No. 31. The court denied the Defendants Motion on August 10, 2020 and allowed the parties to commence limited written discovery. Dkt. No. 37.

5. The court further entered a Confidentiality Order governing the use of documents obtained in discovery. Dkt. No. 38. The Confidentiality Order provides for designating financial information and records of any party as Confidential Information.

6. The Trust further issued document requests to the Defendants. Those requests however have not been answered and the Defendants have produced no documents. This includes even basic corporate records from the defendant Folding Light in which the Trust has a membership interest.

7. On October 19, 2020, the Court granted the Defendants' Motion to Dismiss without prejudice on Counts I & II and declined to exercised supplementary jurisdiction over the Plaintiffs' pendant state law claims. Dkt. No. 40. The Court further ordered that the Trust file an Amended Complaint on or before November 9, 2020. Dkt. No. 40.

8. The Amended Complaint includes new allegations of fact that are derived from financial records recovered from the third party Respondents, including Wintrust. In Plaintiffs' view, the information included in the Amended Complaint should not be confidential. Indeed, some of the information can be obtained from public websites that report applicants for Paycheck Protection Program loans.

9. While the Plaintiffs do not believe that the Amended Complaint includes Confidential Documents or Information as defined by the Confidentiality Order, because new allegations of fact in the Amended Complaint were derived from records that may be subject to this court's Confidentiality Order, the Plaintiffs have filed this motion for provisional relief and guidance from the Court pursuant to paragraph 11 of the Confidentiality Order.

10. Pursuant to Local Rule 26.2, the Confidentiality Order will concurrently be submitted to the Court.

WHEREFORE, Plaintiffs respectfully request that this Court permit that the First Amended Complaint be filed provisionally under seal, that the court enter the proposed order granting that the Amended Complaint may be filed in the public record, and for such other and further relief the court deems as just.

Dated: November 9, 2020

Respectfully submitted,

THE JAMES STREIBICH REVOCABLE TRUST OF 2002, an Illinois Trust, individually, and Derivatively, on behalf of FOLDING LIGHT, LLC, a Delaware Limited Liability Company

By: /s William K. Kane
One of Its Attorneys
William K. Kane, Esq. (6194466)
David M. Poell, Esq.(6302765)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Three First National Plaza
70 West Madison Street, 48th floor
Chicago, Illinois 60602

Telephone: 312.499.6300
Facsimile: 312.499.6301
wkane@sheppardmullin.com
dpoell@sheppardmullin.com

***Counsel for Plaintiffs,*** The James Streibich Revocable Trust of 2002, an Illinois Trust, individually, and derivatively, on behalf of Folding Light, LLC, a Delaware Limited Liability Company.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November, 2020, I electronically filed the foregoing **Motion to Provisionally File Amended Complaint Under Seal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ William K. Kane
William K. Kane
