IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE JAMES STREIBICH REVOCABLE TRUST OF 2002, an Illinois Trust, individually, and derivatively, on behalf of FOLDING LIGHT, LLC, a Delaware Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>BROCK H. FLAGSTAD, an individual; OXFORD MARKETING PARTNERS, LLC, a Delaware Limited Liability Company; OXFORD MEDIA, LLC, an Illinois Limited Liability Company; OXFORD TAX PARTNERS, LLC, an Illinois Limited Liability Company; OXFORD FG, LLC, an Illinois Limited Liability Company; OXFORD GP, LLC, an Illinois Limited Liability Company; FINANCIAL FREEDOM ADVISORS, LLC, an Illinois Limited Liability Company; and CLOVERPOINT PARTNERS, LLC, an Illinois Limited Liability Company;<br><br>Defendants. | No. 20-cv-2242<br><br>Honorable Judge Manish S. Shah |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, THE JAMES STREIBICH REVOCABLE TRUST OF 2002, an Illinois Trust, individually ("the Trust"), and derivatively, on behalf of FOLDING LIGHT, LLC, a Delaware Limited Liability Company ("Folding Light"), by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

\ -1-

Dated: July 20, 2021

Respectfully submitted,

By: */s/ William K. Kane*
William K. Kane, Esq. (6194466)
David M. Poell, Esq.(6302765)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Three First National Plaza
70 West Madison Street, 48th floor
Chicago, Illinois 60602
Telephone: 312.499.6300
Facsimile: 312.499.6301
wkane@sheppardmullin.com
dpoell@sheppardmullin.com

*Counsel for Plaintiffs,* The James Streibich Revocable Trust of 2002, an Illinois Trust, individually, and derivatively, on behalf of Folding Light, LLC, a Delaware Limited Liability Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July 2021, I electronically filed the foregoing **Notice of Voluntary Dismissal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *William K. Kane*
William K. Kane